1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TRAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CATALINA CHANNEL EXPRESS, INC. (d/b/a Catalina Express); and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 2:15-cv-03289-AB-MRW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO PLACE MATTERS OFF-CALENDAR AND VACATE DATES IN LIGHT OF CLASS-WIDE SETTLEMENT** |

- 1 -
ORDER GRANTING JOINT STIPULATION TO PLACE MATTERS OFF-CALENDAR AND
VACATE DATES IN LIGHT OF CLASS-WIDE SETTLEMENT

# ORDER

Having considered the parties' Notice Of Class-Wide Settlement And Joint Stipulation To Place Matters Off-Calendar And Vacate Dates, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The Court sets December 18, 2015 as the deadline by which a motion for preliminary approval of class settlement must be filed.

2. The Court places off-calendar Catalina Express's Motion to Dismiss and vacates all related dates (including the opposition due date of September 7, 2015, reply due date of September 21, 2015, and the hearing date of October 5, 2015). This is without prejudice and subject to the resetting thereof at a later date if the class settlement does not become final for any reason.

3. The Court places off-calendar the Scheduling Conference of November 2, 2015 and vacates all related dates.[1] This is without prejudice and subject to the resetting thereof at a later date if the class settlement does not become final.

Dated: August 20, 2015

_____
HON. ANDRÉ BIROTTE JR.
United States District Judge

---

[1] Related dates include the parties conferring on a discovery plan by not later than 21 days before the scheduling conference date, and efiling a Joint Rule 26(f) Report with the Court not later than 14 days before the scheduling conference date.